UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| vs. | **CRIMINAL ACTION NO.  3:19-CR-013-CRS** |
| **DAJUAN ANTHONY SIMONTON** | **DEFENDANT** |

**ORDER**

This case was called in open court on August 7, 2019, for a change of plea.  Larry E. Fentress, Assistant United States Attorney, was present, as was the defendant, in custody, with Patrick J. Bouldin, Assistant Federal Defender.

The defendant, by counsel, advised the Court that he desired to change his previous plea of Not Guilty to Count 1 of the Indictment to a plea of Guilty as to Count 1 of the Indictment.  The Court addressed the defendant personally in open court and informed defendant of and determined that the defendant understood those matters set forth in Fed. R. Crim. P. 11(b)(1)(A) through (N).  The Court further determined, after addressing the defendant personally in open court, that the plea was voluntary and not the result of force, threats, or promises.  The Court further inquired as to whether the defendant's willingness to plead guilty resulted from prior discussions between the attorney for the government and the defendant and/or his counsel pursuant to Fed. R. Crim. P. 11(c)(1).

The Court was advised that there was no written plea agreement in this case, and that the defendant was entering an open, oral plea.  The Court advised the defendant that he would have no right to withdraw the plea at a later date, but that such a request could be made to the Court.

The Court further determined that there was a factual basis for the plea of Guilty as required under Rule 11(b)(3), and a plea of Guilty was entered and accepted as to Count 1 of the Indictment. All proceedings were conducted on the record as required by Rule 11(g).

**IT IS HEREBY ORDERED** that this matter is set for **sentencing on Tuesday, October 29, 2019, at 2:30 p.m.**

**IT IS FURTHER ORDERED** that the defendant is is remanded to the custody of the U.S. Marshal pending sentencing in this matter.

Dated: August 9, 2019

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc: Counsel of Record
United States Probation

Court Reporter: Digitally Recorded

Time: 00/20